UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62746-CIV-SMITH

AMALTHEIA CAPITAL, LTD.,

   Plaintiff,

v.

JEAN JOSEPH, *et al.*,

   Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of Magistrate Judge [DE 40], in which the Magistrate Judge recommends that (1) the impleader action against Janalie Joseph be stayed or abated, including all discovery and post-judgment discovery relating to Jean Joseph and Janalie Joseph during the thirty-six (36) month payment plan set forth in the Stipulation Settlement Agreement [DE 38]; (2) the impleader action of Janalie Joseph be dismissed pursuant to the Stipulation Settlement Agreement upon payment by Defendant/Judgment Debtor, Jean Joseph, with each party bearing its own costs and fees; and (3) the Court retain jurisdiction to enforce the terms of the Stipulation Settlement Agreement. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation, the record, and given that Plaintiff did not object, it is

   **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge [DE 40] is **AFFIRMED** and **ADOPTED**.

    a. the impleader action against Janalie Joseph is **STAYED**, including all discovery and post-judgment discovery relating to Jean Joseph and Janalie Joseph, during the thirty-six (36) month payment plan set forth in the Stipulation Settlement Agreement [DE 38];

    b. the impleader action of Janalie Joseph is **DISMISSED**, pursuant to the Stipulation Settlement Agreement, upon payment by Defendant/Judgment Debtor, Jean Joseph, with each party bearing its own costs and fees; and

    c. the Court will retain jurisdiction over this case for a period of thirty-six (36) months for the limited purpose of enforcing the terms of the Stipulation Settlement Agreement.

2. The case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of October, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Parties of record